# United States Bankruptcy Court
## Southern District of Florida

In re  **Super Brite Screw Corp.**                                    Case No.
                         Debtor(s)                                    Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Super Brite Screw Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

| | |
|---|---|
| **March 26, 2019** | **/s/ Christian Somodevilla** |
| Date | **Christian Somodevilla 59539** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Super Brite Screw Corp.** |
| | **Leiderman Shelomith Alexander + Somodevilla, PLLC** |
| | **2 S Biscayne Blvd # 2300** |
| | **Miami, FL 33131** |
| | **(305) 894-6163 Fax:(305) 503-9447** |
| | **cs@lsaslaw.com** |