UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                              :        CASE NO.: 19-13816-LMI
                                                    :
SUPER BRITE SCREW CORP.,                            :        CHAPTER 7
                                                    :
        Debtor.                                     :
_____/

### TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY NUNC PRO TUNC TO MARCH 26, 2019

Trustee, ROBERT A. ANGUEIRA, respectfully requests an order of the court authorizing the employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. to represent the Trustee in this case and states:

1.  It is necessary that the Trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2.  The attorney does not hold or represent any interest adverse to the estate and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

3.  Attached to this motion is the proposed attorney's affidavit demonstrating Yanay Galban and Robert A. Angueira, P.A. are disinterested as required by 11 U.S.C. Section 327(a) and a verified statement as required under Bankruptcy Rule 2014.

4.  The attorney has agreed to be compensated in accordance with 11 U.S.C. Section 330.

5.  The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to, the debtor, creditors and other parties.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. Nunc Pro Tunc to March 26, 2019 to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

DATED this 26 day of March, 2019.

Respectfully submitted,

_____
ROBERT A. ANGUEIRA, TRUSTEE
16 SW 1st Avenue
Miami, FL 33130
(305) 263-3328

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-13816-LMI |
| | : | |
| SUPER BRITE SCREW CORP., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

## AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA          )
                                                 ss:
COUNTY OF MIAMI – DADE  )

YANAY GALBAN, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida and a member in good standing since 2013.

2. I certify that I have never been disbarred or suspended from practicing law in the State of Florida.

4. I am an employee of the Robert A. Angueira, P.A. law firm with an office located at 16 SW 1st Avenue, Miami, FL 33130. I have principal responsibility for the representation of the Trustee in this matter.

5. Neither I nor the Robert A. Angueira, P.A. have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the U.S. Trustee.

6. Neither I nor the Robert A. Angueira, P.A. hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. Section 327(a).

CASE NO.: 19-13816-LMI

7. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
YANAY GALBAN, ESQUIRE

SWORN TO AN SUBSCRIBED before me this 26 day of March, 2019. The Affiant is personally known to me and did take an oath.

_____
Notary Public

My Commission Expires:



CASE NO.: 19-13816-LMI

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 26 day of March, 2019, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 26 day of March, 2019, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Christian Somodevilla    cs@lsaslaw.com, info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By _____
YANAY GALBAN
Florida Bar No. 105146

3