UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

SUPER BRITE SCREW CORP.

                                              CASE NO.:  19-13816-LMI
                                              CHAPTER 7

       Debtor.
_____/

NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee for Region 21, Daniel M. McDermott, through his undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

ROBERT A. ANGUEIRA

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved.

Dated:  March 27, 2019

                                          DANIEL M. MCDERMOTT
                                          UNITED STATES TRUSTEE
                                          REGION 21

                                      By:  */s/ Charles R. Sterbach*
                                            Charles R. Sterbach
                                            Assistant United States Trustee
                                            Office of the United States Trustee
                                            U.S. Department of Justice
                                            400 West Washington Street, Ste. 1100
                                            Orlando, FL 32801
                                            (407)648-6301 ext. 121
                                            (407)648-6323
                                            E-mail:  Charles.r.sterbach@usdoj.gov