

## ORDERED in the Southern District of Florida on March 26, 2019.

_____
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-13816-LMI |
| | : | |
| SUPER BRITE SCREW CORP., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY NUNC PRO TUNC TO MARCH 26, 2019

THIS CAUSE came on before the court upon the Trustee's Application for Employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. in this case. Upon the representations that Yanay Galban and the Robert A. Angueira, P.A. hold no interest adverse to the estate in the matters upon which they are engaged, that Yanay Galban and Robert A. Angueira, P.A. are disinterested persons as required by 11 U.S.C. § 327(a), and have disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the trustee is authorized to employ Yanay Galban of the law firm of Robert A Angueira, P.A. Nunc Pro Tunc to March 26, 2019 as attorney for the trustee, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail   yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*