UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

In re:                                             CASE NO. 19:13816-BKC-LMI

SUPER BRITE SCREW CORP.

           Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel on behalf of the Creditor, TRI-STAR TRADING CO., pursuant to Bankruptcy Rules 2002 and 3017, the undersigned requests that copies of all pleadings and filings be provided at the address reflected below.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email this 27th day of March, 2019, to Jonathan S. Liederman, Esq., 2699 Stirling Road, Suite C401, Fort Lauderdale, Florida 3312, jsl@lsaslaw.com, Robert A. Angueira, Trustee, 16 S.W. 1st Avenue, Miami, Florida 33130, Robert@rabankruptcy.com and mailed to U.S. Trustee, 51 S.W. First Avenue, Suite 1204, Miami, Florida 33130.

                              THE LEVEY LAW FIRM, P. A.
                              1688 Meridian Avenue, Suite 900
                              Miami Beach, Florida 33139
                              (305) 672-5007 (Telephone)
                              (305) 672-0470 (Facsimile)
                              mlieberman@sflatty.com (Email)
                              Llevey@Leveylaw.com (Email)

By: */s/ Mendy Lieberman*
      MENDY LIEBERMAN
      Fla. Bar No. 93236
      LEWIS J. LEVEY
      Fla. Bar No. 628336
      *The above email address is designated for document service pursuant to Rule 2.516*