UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

SUPER BRITE SCREW CORP.,            CASE NO. 19-13816-BKC-LMI
                                                                Chapter 7
       Debtor.
_____/

**NOTICE OF APPEARANCE**

       Stephanie Reed Traband and the law firm of LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP file this Notice of Appearance as counsel for Professional Bank, and request that copies of all future pleadings and notices which Professional Bank is entitled to receive be served on the undersigned:

Stephanie Reed Traband
E-Mail: srt@lklsg.com
**Levine Kellogg Lehman Schneider + Grossman LLP**
**201 South Biscayne Blvd.**
**Citigroup Center — 22nd Floor**
**Miami, Florida 33131**
Telephone: 305.403.8788
Facsimile: 305.403.8789

       Please take further notice that the foregoing demand includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed electronically or by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings therein.

Please take further notice that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically but not limited to (i) the right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the foregoing represented parties are or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

DATED:  March 29, 2019

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Counsel for Professional Bank
201 South Biscayne Blvd., 22nd Floor
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789

By: /s/ Stephanie Reed Traband
    Stephanie Reed Traband
    Florida Bar No. 0158471

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on counsel of record on the Service List Below.

By: /s/ Stephanie Reed Traband
    Stephanie Reed Traband, Esq.

## SERVICE LIST

| | |
|---|---|
| Jonathan S. Leiderman | Christian Somodevilla |
| Leiderman Shelomith Alexander + Somodevilla, PLLC | LSAS Attorneys |
| | One Biscayne Tower |
| 2699 Stirling Road, Suite C401 | 2 S. Biscayne Boulevard |
| Fort Lauderdale, FL 33312 | Suite 2300 |
| Telephone: (954) 920-5355 | Miami, FL 33131 |
| Fax: (954) 920-5371 | 305-894-6163 |
| jsl@lsaslaw.com | cs@lsaslaw.com |
| *Attorney for Super Brite* | *Attorney for Super Brite* |