UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                          Case No. 19-13816-BKC-LMI

SUPER BRITE SCREW CORP.,                        Chapter 7

    Debtor.
_____/

**DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME TO FILE SUMMARY OF ASSETS AND LIABILITIES FOR NON-INDIVIDUALS, SCHEDULES A/B, D, E/F, G, AND H, DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, AND STATEMENT OF FINANCIAL AFFAIRS FOR <u>NON-INDIVIDUALS FILING FOR BANKRUPTCY</u>**

    Debtor, Super Brite Screw Corp. (the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 9013-1(C)(2), requests the Court enter an order, on an *ex parte* basis, extending by seven (7) days the deadline within which to file its Summary of Assets and Liabilities for Non-Individuals, Schedules A/B, D, E/F, G, and H, Declaration Under Penalty of Perjury for Non-Individual Debtors, and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (the "Required Documentation"), and in support thereof states:

    1.    On March 26, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

    2.    The deadline for the Debtor to file the Required Documentation is April 9, 2019.

    3.    The Debtor filed this bankruptcy proceeding on an emergency basis, due to a pending sheriff's sale.

    4.    The Debtor requires seven (7) additional days to complete and file the Required Documentation with the Court.

    5.    Such a brief extension would not harm any creditors or parties in interest.

    6.    The new proposed deadline is April 16, 2019.

    7.    This Motion is filed in good faith and not for dilatory purposes.

    WHEREFORE, the Debtor respectfully requests a seven (7) day extension of time to file

its Summary of Assets and Liabilities for Non-Individuals, Schedules A/B, D, E/F, G, and H, Declaration Under Penalty of Perjury for Non-Individual Debtors, and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, up to and including April 16, 2019, and for such other and further relief as the Court deems just and proper.

Dated: April 8, 2019.

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
Attorneys for the Debtor
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
JONATHAN S. LEIDERMAN
Florida Bar No. 0027022
jsl@lsaslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served on April 8, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
Jonathan S. Leiderman

---

Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami / Fort Lauderdale