

**ORDERED in the Southern District of Florida on April 8, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Case No. 19-13816-BKC-LMI

SUPER BRITE SCREW CORP.,                          Chapter 7

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME TO FILE
SUMMARY OF ASSETS AND LIABILITIES FOR NON-INDIVIDUALS, SCHEDULES
A/B, D, E/F, G, AND H, DECLARATION UNDER PENALTY OF PERJURY
FOR NON-INDIVIDUAL DEBTORS, AND STATEMENT OF FINANCIAL
<u>AFFAIRS FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY</u>**

THIS CAUSE came on before the Court upon the Debtor's *Ex Parte* Motion to Extend Time to File Summary of Assets and Liabilities for Non-Individuals, Schedules A/B, D, E/F, G, and H, Declaration Under Penalty of Perjury for Non-Individual Debtors, and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (the "Motion") [ECF No. 18], and the Court, having reviewed the Motion and the file, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1.     The Motion is GRANTED.

2.     The Debtor shall have a seven (7) day extension of time, up to and including April

16, 2019, within which to file its Summary of Assets and Liabilities for Non-Individuals, Schedules A/B, D, E/F, G, and H, Declaration Under Penalty of Perjury for Non-Individual Debtors, and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy.

**###**

**Submitted by:**

Jonathan S. Leiderman, Esq.
Leiderman Shelomith Alexander +
Somodevilla, PLLC
2699 Stirling Rd # C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
jsl@lsaslaw.com

**Copies furnished to:**

Jonathan S. Leiderman, Esq.

Attorney Leiderman is directed to serve copies of this order on all interested parties and to file a certificate of service.