UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-13816-LMI |
| | : | |
| SUPER BRITE SCREW CORP., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

**TRUSTEE'S *EX PARTE* MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO PAY LOCKSMITH *NUNC PRO TUNC* TO APRIL 9, 2019**

COMES NOW, Robert A. Angueira, as Chapter 7 Trustee in the above-styled matter, and respectfully requests this Court to enter an *Ex Parte* Order authorizing the Trustee to pay Locksmith *Nunc Pro Tunc* to April 9, 2019, and in support of said Motion would state as follows:

1.  The Debtor commenced the instant proceedings by filing a Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code on March 26, 2019 (the "***Petition Date***").

2.  On March 26, 2019, Robert A. Angueira was appointed to serve as the Chapter 7 Trustee (the "***Trustee***") in this case.

3.  The Debtor formerly operated as a wholesaler of screws, nuts, bolts and washers. While operating the Debtor had a business location at 7265 W 19th Court, Hialeah, FL 33014 (the "***Premises***") with substantial assets.

4.  Upon the Trustee's appointment, on March 26, 2019, the Trustee visited the Premises with a locksmith who changed all the locks to the Premises. The Trustee, in his business judgment, believes securing the business location (and its contents) is essential for preserving value for the benefit of the Estate.

Case No.: 19-13816-LMI

5. The locksmith (Alfa Lock & Alarm Co.) charged $990.61 to change all the locks to the Premises. Enclosed as Exhibit 1 is a copy of the locksmith's invoice.

6. As of the date of this Motion there are sufficient funds in the Estate's account in order to pay for the locksmith's fees in the amount of $990.61.

7. The Trustee seeks the entry of an Order authorizing the Trustee to pay the locksmith's fees in the amount of $990.61. The Trustee requests that this authority be granted *nunc pro tunc* to April 9, 2019.

WHEREFORE, Trustee respectfully requests that this Court enter an *Ex Parte* Order authorizing the Trustee to pay Alfa Lock & Alarm Co. the amount of $990.61 N*unc Pro Tunc* to April 9, 2019 and for such other and further relief as may be just and proper.

Respectfully submitted this 9th day of April, 2019.

>ROBERT A. ANGUEIRA, P.A.
>16 S.W. 1st Avenue
>Miami, Florida 33130
>Tel. (305) 263-3328
>e-mail yanay@rabankruptcy.com
>
>By      /s/ *Yanay Galban*
>    YANAY GALBAN, ESQ
>    Florida Bar No. 0105146

Case No.: 19-13816-LMI

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 9th day of April, 219 to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Mendy Lieberman    mmlegalpa@gmail.com, llevey@leveylaw.com,leveylieberman@gmail.com,liebermanlawyers@gmail.com,dlacayo@leveylaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Christian Somodevilla    cs@lsaslaw.com, info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com
- Charles R Sterbach    Charles.r.sterbach@usdoj.gov
- Stephanie R Traband    srt@lklsg.com, lv@lklsg.com

        ROBERT A. ANGUEIRA, P.A.
        16 S.W. 1st Avenue
        Miami, Florida 33130
        Tel. (305) 263-3328
        e-mail yanay@rabankruptcy.com

        By     /s/ *Yanay Galban*
           YANAY GALBAN, ESQ
           Florida Bar No. 0105146

## Alfa Lock and Alarm Co

$990.61 due on April 9, 2019

Invoice #34570
April 9, 2019

**Customer**
Robert Anqueira
robert@rabankruptcy.com

We appreciate your business.

| | |
|---|---|
| **Service Call** | $169.00 |
| **Cylinder Combination change x 2** ($29.89 ea.) | $59.78 |
| **Deadbolt Double x 4** ($49.89 ea.) | $199.56 |
| **Abus Padlocks x 10** ($18.89 ea.) | $188.90 |
| **Padlocks small x 4** ($45.89 ea.) | $183.56 |
| **Installation x 4** ($21.50 ea.) | $86.00 |
| **Cut padlock** | $39.00 |
| Subtotal | $925.80 |
| Fl. Salex Tax | $64.81 |
| **Total** | **$990.61** |

**Alfa Lock and Alarm Co**
7002 SW 87th Avenue
Miami, FL 33173
United States
info@alfalockservice.com
+1 (305) 598-3628


EXHIBIT 1

https://squareup.com/pay-invoice/MzR3M6UEsLlNTbTeFwUjAg/　　　　　　　4/9/2019