UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Super Brite Screw Corp.
Tax ID/EIN: 59-1735881

_____ Debtor /

Case No.19-13816-LMI
Chapter   7

**NOTICE STRIKING DEADLINE FOR CREDITORS
TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS AND ESTABLISHING DEADLINE FOR GOVERNMENTAL UNITS AND CREDITORS TO FILE A PROOF OF CLAIM** and
**NOTICE RESCINDING** *NOTICE OF DEADLINE TO FILE CLAIMS* **ISSUED IN ERROR**

**To All Parties of Record:**

This case was filed under Chapter 7 on March 26, 2019.  A review of the court record indicates that the case was erroneously opened with a "No Asset" designation, the clerk's office did not correct this corporate case to reflect "Asset".  Failure to make appropriate corrections caused the *Notice of Commencement of Chapter 7 Case* to reflect an incorrectly set deadline of June 24, 2019 for creditors to Object to Discharge and/or Dischargeability of Certain Debts.  In addition, this same Notice failed to set deadlines for governmental units and creditors to file a proof of claim.  The Section 341 meeting of creditors is scheduled for April 24, 2019 [ECF #2].  To clarify the record, notice is hereby given that:

1. The **June 24, 2019** deadline for creditors to Object to Discharge and/or Dischargeability of Certain Debts is **STRICKEN.**
2. The Notice of Deadline to File Claims was mailed to all creditors in this case on April 8, 2019 [ECF #17], establishing July 9, 2019 as the deadline for interested parties to file Proofs of Claim is **RESCINDED,** as it was issued in error.
3. **June 19, 2019** is established as the deadline for all creditors to file a proof of claim.
4. **October 7, 2019** is established as the deadline for governmental units to file a proof of claim.

DATED:  April 10, 2019

JOSEPH FALZONE
Clerk of Court
By: Diana M Cohen
Senior Case Administrator

Copies furnished to: All Parties of Record