

**ORDERED in the Southern District of Florida on April 10, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-13816-LMI |
| | : | |
| SUPER BRITE SCREW CORP., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### *EX PARTE* ORDER AUTHORIZING THE TRUSTEE TO PAY LOCKSMITH *NUNC PRO TUNC* TO APRIL 9, 2019

THIS MATTER came before the Court to consider the Motion of Robert A. Angueira, as Chapter 7 Trustee in the above-styled matter, for the entry of an *Ex Parte* Order authorizing the Trustee to pay Locksmith *Nunc Pro Tunc* to April 9, 2019, and the Court having reviewed the Motion and the record herein, and being fully advised in the premises, it is:

1. The Trustee's *Ex Parte* Motion for the Entry of an Order Authorizing the Trustee to Pay Locksmith *Nunc Pro Tunc* to April 9, 2019 is **GRANTED**.

2. The Trustee, Robert A. Angueira, is authorized to pay $990.61 to Alfa Lock & Alarm Co. for locksmith services, which payment is to be made as follows:

**Alfa Lock & Alarm Co.**
**7002 S.W. 87th Avenue**
**Miami, FL 33173**

3. This authorization is effective *nunc pro tunc* to April 9, 2019.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail: yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*