**Fill in this information to identify the case:**

Debtor name  **Super Brite Screw Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **19-13816-BKC-LMI**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 16, 2019**          X */s/ Felix O. Infiesta*
                                           Signature of individual signing on behalf of debtor

                                           **Felix O. Infiesta**
                                           Printed name

                                           **President/Treasurer/Secretary/Director**
                                           Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name **Super Brite Screw Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **19-13816-BKC-LMI**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $ _____169,476.60

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $ _____169,476.60

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____2,001,889.15

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____663,241.87

4. Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b
   $ _____2,665,131.02

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 19-13816-LMI    Doc 36    Filed 04/16/19    Page 3 of 34

| Fill in this information to identify the case: |
|---|

Debtor name   **Super Brite Screw Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **19-13816-BKC-LMI**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.**<br>**Business Advantage Checking**<br>**Relationship Rewards Platinum Acct** | Checking | 4168 | $652.70 |
| 3.2. | **Professional Bank**<br>**Professional Plus Business Checking**<br>**Acct** | Checking | 2905 | $20.58 |
| 3.3. | **Professional Bank**<br>**Professional Business Checking Acct** | Checking | 0094 | $0.62 |
| 3.4. | **Professional Bank**<br>**Professional Business Checking Acct** | Checking | 7801 | $1.10 |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**                               | $675.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | Case number *(If known)* **19-13816-BKC-LMI** |
|--------|------------------------------|-----------------------------------------------|
| | Name | |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|----|----------------------------------------------------------------------------------------|-------------|
| 7.1. | **Held by Debtor's former landlord, SRA / Copans Commerce Depot, L.P. (security deposit - $16,500.00)** | **$16,500.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|----|----------------------------------------------------------------------------------------|-------------|
| 8.1. | **Held by Debtor's former landlord, SRA / Copans Commerce Depot, L.P. (prepaid rent - $9,815.72)** | **$9,815.72** |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   **$26,315.72**

| Part 3: | **Accounts receivable** |
|---------|-------------------------|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | | |
|------|------------------|--------|------------------|---------|----------------|
| 11b. Over 90 days old: | **152,331.66** | - | **30,000.00** | =.... | **$122,331.66** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$122,331.66**

| Part 4: | **Investments** |
|---------|-----------------|

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---------|---------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>Screws, bolts, and nuts | 12/31/2017 | Unknown | Liquidation | Unknown |

| Debtor | **Super Brite Screw Corp.** | Case number *(If known)* | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Misc. desks and chairs - $500.00** | $0.00 | **Liquidation** | $500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, printers, and telephone system - $3,000.00** | $0.00 | **Liquidation** | $3,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$3,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Super Brite Screw Corp.**                                    Case number *(If known)* **19-13816-BKC-LMI**
_____
Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   **1992 Isuzu Boxtruck<br>(VIN: JALH6A1UXN3100216)<br>(The mileage is in excess of 200,000<br>miles.)** | **Unknown** | **Liquidation** | **Unknown** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**3 forklifts - $9,000.00** | **Unknown** | **Liquidation** | **$9,000.00** |

**51.**   **Total of Part 8.**                                                                                              **$9,000.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | | Case number *(If known)* **19-13816-BKC-LMI** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Lease Agreement for the real property located at 1301 W Copans Rd, Building C # 7, 8, and 9, Pompano Beach, FL 33064.** **Debtor was the Lessee under the lease.** **The term of the lease was 12/15/2015 - 6/30/2021.** **The current monthly rent was $9,815.72. Debtor was evicted from said property on or about 1/24/2019.** | Former tenant | $0.00    N/A | $0.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** **www.superbrite-screw.com** | $0.00 | Liquidation | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** **Customer list is on the computer Debtor no longer has possession of.** | Unknown | Liquidation | Unknown |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

Debtor   **Super Brite Screw Corp.**
Name

Case number *(If known)* **19-13816-BKC-LMI**

---

66.   **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 11:    All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **Unused net operating loss**    Tax year **2018** | **Unknown** |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Final Judgment obtained against All Miami Hurricane Corp. and Felix Cano in Miami-Dade County Small Claims case number 16-000233 SP 21 (HI01) on 3/1/2017 in the amount of $2,982.10.** | **$2,982.10** |
| **Default Final Judgment obtained against Atlantic & Pacific Maritime Services, Inc. in Miami-Dade County Small Claims case number 11-001076 SP 21 (HI01) on 4/18/2011 in the amount of $3,363.92.** | **$3,363.92** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | Case number *(If known)* | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Default Final Judgment obtained against Peter J. Basso in Miami-Dade County Small Claims case number 09-001076 SP 21 (HI01) on 9/24/2009 in the amount of $590.00.** | **$590.00** |
| **Final Judgment obtained against Owen International Inc in Miami-Dade County Small Claims case number 01-009349 SP 25 (CG03) on 11/16/2001 in the amount of $718.20.** | **$718.20** |

78.     **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$7,654.22** |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No

       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Super Brite Screw Corp.**                                    Case number *(If known)* **19-13816-BKC-LMI**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $675.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,315.72 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $122,331.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,654.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $169,476.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $169,476.60 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Super Brite Screw Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **19-13816-BKC-LMI**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Professional Bank**<br>Creditor's Name<br><br>**1567 San Remo Ave**<br>**Coral Gables, FL 33146**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All corporate assets and personal property of the Debtor listed on Schedule B** | **$730,381.03** | **$169,476.60** |

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/12/2013**

**Last 4 digits of account number**
**428X**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Tri-Star Trading Co.**<br>Creditor's Name<br><br>**c/o The Levey Law Firm, P.A.**<br>**1688 Meridian Ave # 900**<br>**Miami Beach, FL 33139**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All of Debtor's personal property listed on Schedule B** | **$1,271,508.12** | **$169,476.60** |

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/6/2017**

**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | | Case number *(if know)* | **19-13816-BKC-LMI** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,001,889.15

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Professional Bank**<br>**c/o Levine Kellogg Lehman et al**<br>**201 S Biscayne Blvd**<br>**22nd Floor**<br>**Miami, FL 33131** | Line   **2.1** | **428X** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **Super Brite Screw Corp.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **19-13816-BKC-LMI**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A Tarler Inc**<br><br>Date(s) debt was incurred  10/1/2017 - 10/11/2018<br>Last 4 digits of account number  N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$18,437.96** |
| --- | --- | --- | --- |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Acco**<br><br>Date(s) debt was incurred  3/6/2018<br>Last 4 digits of account number  N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$351.20** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Action Cargo Transport Inc.**<br><br>Date(s) debt was incurred  6/25/2015 - 10/23/2018<br>Last 4 digits of account number  N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,118.77** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**All Tool & Fasteners Inc**<br><br>Date(s) debt was incurred  9/1/2018 - 12/5/2018<br>Last 4 digits of account number  N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,601.93** |

| Debtor | **Super Brite Screw Corp.** | Case number *(if known)* | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ally**
POB 380903
Bloomington, MN 55438-0903

Date(s) debt was incurred **3/9/2019**
Last 4 digits of account number **9271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **potential deficiency following repossession and sale of 2017 Ford Transit Van (VIN: 1FTYR1CMXHKB37010)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,467.69** |
|---|---|---|---|

**American Management Services, Inc.**
8250 Exchange Dr # 132
Orlando, FL 32809

Date(s) debt was incurred **10/31/2018 - 1/14/2019**
Last 4 digits of account number **7379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid management services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.60** |
|---|---|---|---|

**ASP**

Date(s) debt was incurred **5/15/2018**
Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,479.71** |
|---|---|---|---|

**Black & Decker (U.S.) Inc.**

Date(s) debt was incurred **3/1/2018 - 5/10/2018**
Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,807.51** |
|---|---|---|---|

**Brighton Best International**
c/o The Receivable Management Services LLC
2001 6 Ave # 2200
Seattle, WA 98121

Date(s) debt was incurred **4/17/2018 - 11/15/2018**
Last 4 digits of account number **037G**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,999.86** |
|---|---|---|---|

**Captain Fasteners**

Date(s) debt was incurred **5/2/2018 - 12/5/2018**
Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268.94** |
|---|---|---|---|

**Central Transport Int'l Inc**

Date(s) debt was incurred **9/12/2018 - 11/1/2018**
Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Super Brite Screw Corp.** | | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|---|

Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.20 |
|---|---|---|---|

**Chas O Larson Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2018**

Last 4 digits of account number  **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,164.48 |
|---|---|---|---|

**Citibank, N.A.
Citibusiness Card
POB 9001037
Louisville, KY 40290-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2018 - 3/4/2019**

Last 4 digits of account number  **3967**

Basis for the claim:  **business credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,829.10 |
|---|---|---|---|

**Citibank, N.A.
ExxonMobil
POB 78001
Phoenix, AZ 85062-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2018 - 12/31/2018**

Last 4 digits of account number  **1496**

Basis for the claim:  **unpaid gas bills**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.76 |
|---|---|---|---|

**Comcast**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/19/2018**

Last 4 digits of account number  **N/A**

Basis for the claim:  **unpaid utilities bill**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Continental Abrasives**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2018**

Last 4 digits of account number  **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,487.19 |
|---|---|---|---|

**Dell Business Credit
Payment Processing Center
POB 5275
Carol Stream, IL 60197-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2017 - 3/1/2019**

Last 4 digits of account number  **7702**

Basis for the claim:  **unpaid business credit line**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.83 |
|---|---|---|---|

**Department of Water & Sewer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2018**

Last 4 digits of account number  **N/A**

Basis for the claim:  **unpaid utilities bill**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Super Brite Screw Corp.** | Case number *(if known)* | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**Drill America**

Date(s) debt was incurred  5/30/2018 - 11/17/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,792.10

---

**3.20** | Nonpriority creditor's name and mailing address
**Dynacast**

Date(s) debt was incurred  9/30/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,740.00

---

**3.21** | Nonpriority creditor's name and mailing address
**Eastern Screw Co Inc**

Date(s) debt was incurred  9/14/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,183.85

---

**3.22** | Nonpriority creditor's name and mailing address
**Elite Sales, Inc**
9445 SW 40 St
2nd Floor
Miami, FL 33165

Date(s) debt was incurred  3/6/2019
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid Final Judgment After Default**

Is the claim subject to offset? ■ No  ☐ Yes

$11,515.21

---

**3.23** | Nonpriority creditor's name and mailing address
**Fasteners Direct**

Date(s) debt was incurred  1/22/2018 - 2/5/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,328.64

---

**3.24** | Nonpriority creditor's name and mailing address
**Federal Express (PR)**

Date(s) debt was incurred  5/22/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid delivery bill**

Is the claim subject to offset? ■ No  ☐ Yes

$33.03

---

**3.25** | Nonpriority creditor's name and mailing address
**Fit Fasteners LLC**

Date(s) debt was incurred  11/17/2014 - 9/30/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$159.62

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|

Name

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.71** |

**Florida Power & Light Company**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/1/2018 - 11/17/2018__

Basis for the claim:  __unpaid utilities bills__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ford Motor Credit Company**
**POB 31111**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/29/2019__

Basis for the claim:  __potential deficiency following repossession and sale of 2015 Ford T250 (VIN: 1FTNR2CM4FKB04171)__

Last 4 digits of account number  __2916__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,102.79** |

**Freud America, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/1/2017 - 2/8/2018__

Basis for the claim:  __trade debt__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Galaxy Fasteners**
**101 Telmore Rd**
**East Greenwich, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __trade debt__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,093.30** |

**Hardfer Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/28/2018 - 10/18/2018__

Basis for the claim:  __trade debt__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,996.59** |

**Hawk Fasteners**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/8/2018 - 8/15/2018__

Basis for the claim:  __trade debt__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.49** |

**Hindley Manufacturing Co**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/7/2018 - 4/4/2018__

Basis for the claim:  __trade debt__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Hydra Sponge Co., Inc.**

Date(s) debt was incurred  **4/1/2017**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,847.04**

---

**3.34** | Nonpriority creditor's name and mailing address

**I S C**

Date(s) debt was incurred  **4/1/2018 - 11/29/2018**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,909.93**

---

**3.35** | Nonpriority creditor's name and mailing address

**Inter'l Fasteners Inc**

Date(s) debt was incurred  **5/23/2018 - 8/31/2018**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,200.00**

---

**3.36** | Nonpriority creditor's name and mailing address

**Intercorp**

Date(s) debt was incurred  **10/15/2014 - 10/17/2018**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,377.50**

---

**3.37** | Nonpriority creditor's name and mailing address

**International Fasteners**

Date(s) debt was incurred  **8/30/2018 - 10/12/2018**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,144.60**

---

**3.38** | Nonpriority creditor's name and mailing address

**Intertek Industrial Corp.**

Date(s) debt was incurred  **7/25/2018 - 10/8/2018**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,536.84**

---

**3.39** | Nonpriority creditor's name and mailing address

**Jobsite**

Date(s) debt was incurred  **9/11/2018 - 10/30/2018**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,415.91**

---

| Debtor | **Super Brite Screw Corp.** | Case number (*if known*) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.93** |
|---|---|---|---|

**Kanebridge Corp**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/17/2018 - 11/1/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,473.82** |
|---|---|---|---|

**Lindstrom Metric Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2018 - 10/16/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,932.55** |
|---|---|---|---|

**Marine Fasteners**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/14/2018 - 5/24/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Mister Key Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$393.86** |
|---|---|---|---|

**Nationwide**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/10/2017 - 10/4/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,024.32** |
|---|---|---|---|

**NBS Corp**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/21/2018 - 11/27/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,248.32** |
|---|---|---|---|

**Nelson Stud Welding, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/5/2018**

Last 4 digits of account number **N/A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,677.95** |
|---|---|---|---|

**Nova Fasteners Co Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2018 - 9/1/2018**

Last 4 digits of account number **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$718.42** |
|---|---|---|---|

**Ocasa Logistics Solution**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/30/2018 - 11/1/2018**

Last 4 digits of account number **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,607.05** |
|---|---|---|---|

**Office Depot Business Credit**
Dept. 56 - 8407759042
POB 78004
Phoenix, AZ 85062-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2018 - 1/13/2019**

Last 4 digits of account number **9042**

Basis for the claim:  **business credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,726.05** |
|---|---|---|---|

**PCA Corrugated and Display, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/2018 - 1/4/2019**

Last 4 digits of account number **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,696.84** |
|---|---|---|---|

**Pearl Abrasive Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/12/2018 - 9/1/2018**

Last 4 digits of account number **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,108.75** |
|---|---|---|---|

**PrimeSource Building Products, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/24/2018 - 11/3/2018**

Last 4 digits of account number **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,938.50** |
|---|---|---|---|

**Profast Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/18/2018 - 10/18/2018**

Last 4 digits of account number **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.21 |
|---|---|---|---|

**Puerto Rico Telephone**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/4/2018__

Last 4 digits of account number __N/A__

Basis for the claim: __unpaid utilities bill__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.50 |
|---|---|---|---|

**Qualtool Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/23/2018__

Last 4 digits of account number __N/A__

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.33 |
|---|---|---|---|

**Redwood Industrial Co.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/15/2016__

Last 4 digits of account number __N/A__

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,254.88 |
|---|---|---|---|

**Southwire Company, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/14/2018 - 7/25/2018__

Last 4 digits of account number __N/A__

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,979.22 |
|---|---|---|---|

**Star Stainless Screw Company**
**c/o Michael D. Baer, LLC**
**412 Cedar Ln**
**2nd Floor W**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/4/2018 - 11/28/2018__

Last 4 digits of account number __N/A__

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,872.56 |
|---|---|---|---|

**Stelfast Fasteners Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/8/2018 - 11/9/2018__

Last 4 digits of account number __N/A__

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.26 |
|---|---|---|---|

**Tortoise Fastener Co.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/9/2018 - 7/21/2018__

Last 4 digits of account number __N/A__

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Super Brite Screw Corp.** | Case number (*if known*) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address
**Tru-Cut**

Date(s) debt was incurred  8/6/2018 - 9/14/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$1,787.54**

---

**3.62** | Nonpriority creditor's name and mailing address
**U.S. Customs and Border Protection**
POB 979126
St. Louis, MO 63197-9000

Date(s) debt was incurred  11/2/2018
Last 4 digits of account number  1292

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  unpaid supplemental charge of duties, taxes, and fees

Is the claim subject to offset? ■ No  ☐ Yes

**$2,469.93**

---

**3.63** | Nonpriority creditor's name and mailing address
**United Parcel Service**

Date(s) debt was incurred  5/26/2018 - 11/10/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$1,442.84**

---

**3.64** | Nonpriority creditor's name and mailing address
**Vertex Distribution**

Date(s) debt was incurred  6/12/2018 - 7/30/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$7,505.70**

---

**3.65** | Nonpriority creditor's name and mailing address
**Waste Management**

Date(s) debt was incurred  11/1/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$717.22**

---

**3.66** | Nonpriority creditor's name and mailing address
**Western Wire Products Co**

Date(s) debt was incurred  5/3/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**World Horizons**

Date(s) debt was incurred  2/6/2018 - 11/14/2018
Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$6,311.48**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,778.96 |
|---|---|---|---|
| | **XL Screw Corporation**<br>**POB 800**<br>**195 Schelter Rd**<br>**Lincolnshire, IL 60069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/12/2018 - 6/29/2018 | Basis for the claim:  unpaid trade debt | |
| | Last 4 digits of account number  728 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.00 |
|---|---|---|---|
| | **Yellow Woods** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/3/2018 - 11/28/2018 | Basis for the claim:  trade debt | |
| | Last 4 digits of account number  N/A | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ally**<br>**Payment Processing Center**<br>**POB 78234**<br>**Phoenix, AZ 85062-8234** | Line  3.5<br><br>☐ Not listed. Explain ____ | **9271** |
| 4.2 | **Citibank, N.A.**<br>**POB 790046**<br>**St. Louis, MO 63179-0046** | Line  3.13<br><br>☐ Not listed. Explain ____ | **3967** |
| 4.3 | **Citibank, N.A.**<br>**Citi Cards**<br>**POB 6077**<br>**Sioux Falls, SD 57117-6077** | Line  3.13<br><br>☐ Not listed. Explain ____ | **3967** |
| 4.4 | **Elite Sales, Inc**<br>**c/o Recor Rieber, P.A.**<br>**848 Brickell Ave # 1000**<br>**Miami, FL 33131** | Line  3.22<br><br>☐ Not listed. Explain ____ | **N/A** |
| 4.5 | **Ford Motor Credit Company**<br>**POB 790072**<br>**St. Louis, MO 63179-0072** | Line  3.27<br><br>☐ Not listed. Explain ____ | **2916** |
| 4.6 | **U.S. Customs and Border Protection**<br>**6650 Telecom Dr**<br>**Indianapolis, IN 46278-9000** | Line  3.62<br><br>☐ Not listed. Explain ____ | **1292** |
| 4.7 | **XL Screw Corporation**<br>**c/o Business Credit Management**<br>**Association**<br>**15755 W Rogers Dr # 200, POB 510157**<br>**New Berlin, WI 53151-0157** | Line  3.68<br><br>☐ Not listed. Explain ____ | **728** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **XL Screw Corporation** c/o Markowitz Ringel Trusty + Hartog 9130 S Dadeland Blvd # 1800 Miami, FL 33156 | Line __3.68__  ☐ Not listed. Explain ____ | __728__ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 663,241.87 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 663,241.87 |

**Fill in this information to identify the case:**

Debtor name     **Super Brite Screw Corp.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **19-13816-BKC-LMI**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
        ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **Lease of warehouse.** | |
| State the term remaining | **Felix Infiesta**
**7235 W 19 Ct**
**Hialeah, FL 33014** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name      **Super Brite Screw Corp.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)      **19-13816-BKC-LMI**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Felix Infiesta** | **7265 W 19 Ct**<br>**Hialeah, FL 33014** | **Professional Bank** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Felix Infiesta** | **7265 W 19 Ct**<br>**Hialeah, FL 33014** | **American Management Services, Inc.** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.3   **Florida Business Development Corporation** | **and U.S. Small Business Administration**<br>**6801 Lake Worth Rd # 209**<br>**Lake Worth, FL 33467** | **Professional Bank** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Super Brite Screw Corp.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td><strong>19-13816-BKC-LMI</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:       Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$588,683.79** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,060,044.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$5,571,013.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:       List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Super Brite Screw Corp.**                                         Case number *(if known)*  **19-13816-BKC-LMI**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Tri-Star Trading Co.<br>c/o The Levey Law Firm, P.A.<br>1688 Meridian Ave # 900<br>Miami Beach, FL 33139 | Inventory, computer, and telephone equipment | 3/1/2019 | Unknown |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Elite Sales, Inc v. Super Brite Screw Corp.<br>19-001825 CC 05 (01) | Contract & Indebtedness | Miami-Dade County Court<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Tri-Star Trading Co. v. Super Brite Screw Corp.<br>17-011943 CA 13 | Contract & Indebtedness | Miami-Dade County Circuit Court<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | SRA/Copans Commerce Depot, LP v. Super Brite Screw Corp.<br>19-000282 CACE 02 | Eviction Proceeding | Broward County Circuit Court<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Super Brite Screw Corp.** | Case number *(if known)* **19-13816-BKC-LMI** |
|---|---|---|

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **The company's accounting software was hacked.** | **$0.00** | **9/21/2018** | **Unknown** |
| **A truck was involved in an accident and was engulfed in fire. It was a total loss.** | **Debtor received $13,979.07 from its insurance company, which included the loss of the truck and the inventory that was in the truck at the time of the accident.** | **6/30/2018** | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Leiderman Shelomith Alexander + Somodevilla, PLLC**<br>**2 S Biscayne Blvd # 2300**<br>**Miami, FL 33131** | **$7,500.00 - attorney's fee**<br>**$335.00 - filing fee** | **3/26/2019** | **$7,835.00** |
| | Email or website address<br>**lsaslaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Nancy Chavez** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

| Debtor | Super Brite Screw Corp. | Case number *(if known)* | 19-13816-BKC-LMI |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1301 W Copans Rd Building C # 7, 8, and 9 Pompano Beach, FL 33064** | **12/15/2015 - 1/24/2019** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Name, address, phone number, contact person's name**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | Super Brite Screw Corp. | Case number *(if known)* 19-13816-BKC-LMI |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Super Brite Screw Corp. | Case number *(if known)* | 19-13816-BKC-LMI |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Infiesta Accounting Services Inc**<br>**13110 N Calusa Dr**<br>**Miami, FL 33186** | **2000 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Preferred Accounting**<br>**7440 SW 50 Terr # 106**<br>**Miami, FL 33155** | **1/1/2015 - present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Infiesta Accounting Services Inc**<br>**13110 N Calusa Dr**<br>**Miami, FL 33186** | **1/1/2015 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Tri-Star Trading Co.**<br>**c/o The Levey Law Firm, P.A.**<br>**1688 Meridian Ave # 900**<br>**Miami Beach, FL 33139** | **This creditor levied on Debtor's assets and is in possession of a computer that contains the company's books and records.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Super Brite Screw Corp.**                                    Case number *(if known)*  **19-13816-BKC-LMI**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Infiesta Accounting Services Inc**<br>**13110 N Calusa Dr**<br>**Miami, FL 33186** | **A creditor levied on Debtor's assets and is in possession of a computer that contains the company's books and records.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Professional Bank**<br>**1567 San Remo Ave**<br>**Coral Gables, FL 33146** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Ana Costales** | **12/31/2017** | **$2,953,863.97** |

| Name and address of the person who has possession of inventory records |
|---|
| **Preferred Accounting**<br>**7440 SW 50 Terr # 106**<br>**Miami, FL 33155** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Felix O. Infiesta** | **7265 W 19 Ct**<br>**Hialeah, FL 33014** | **President/Treasurer/Secretary /Director** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Infiesta** | **7265 W 19 Ct**<br>**Hialeah, FL 33014** | **Vice President/Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maripili Infiesta** | **7265 W 19 Ct**<br>**Hialeah, FL 33014** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nancy Chavez** | **7265 W 19 Ct**<br>**Hialeah, FL 33014** | **Director** | **0%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Debtor | Super Brite Screw Corp. | Case number *(if known)* | 19-13816-BKC-LMI |
| --- | --- | --- | --- |

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 16, 2019

/s/ Felix O. Infiesta                                     Felix O. Infiesta
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/Treasurer/Secretary/Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy