| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Super Brite Screw Corp.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **19-13816-BKC-LMI** |

☑ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 7, 2019**      X **/s/ Felix O. Infiesta**
                                  Signature of individual signing on behalf of debtor

                                  **Felix O. Infiesta**
                                  Printed name

                                  **President/Treasurer/Secretary/Director**
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Super Brite Screw Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 19-13816-BKC-LMI

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................................   $          0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................................................   $    169,476.60

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................................................   $    169,476.60

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $  2,001,889.15

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................   $          0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    663,241.87

4. **Total liabilities** ...................................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                                                      $  2,665,131.02

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Super Brite Screw Corp.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 19-13816-BKC-LMI |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A Tarler Inc**<br>**1403 SW 8 St**<br>**Pompano Beach, FL 33069**<br>Date(s) debt was incurred  **10/1/2017 - 10/11/2018**<br>Last 4 digits of account number  **N/A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $18,437.96 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Acco**<br>**10880 NW 27 St # S-200**<br>**Doral, FL 33172**<br>Date(s) debt was incurred  **3/6/2018**<br>Last 4 digits of account number  **N/A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $351.20 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Action Cargo Transport Inc.**<br>**Calle Diaz**<br>**Carolina, PR**<br>Date(s) debt was incurred  **6/25/2015 - 10/23/2018**<br>Last 4 digits of account number  **N/A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,118.77 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**All Tool & Fasteners Inc**<br>**7291 NW 78 Terr**<br>**Medley, FL 33166**<br>Date(s) debt was incurred  **9/1/2018 - 12/5/2018**<br>Last 4 digits of account number  **N/A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,601.93 |

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | 19-13816-BKC-LMI |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Ally**<br>POB 380903<br>Bloomington, MN 55438-0903<br><br>Date(s) debt was incurred  **3/9/2019**<br>Last 4 digits of account number  **9271** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **potential deficiency following repossession and sale of 2017 Ford Transit Van (VIN: 1FTYR1CMXHKB37010)**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**American Management Services, Inc.**<br>8250 Exchange Dr # 132<br>Orlando, FL 32809<br><br>Date(s) debt was incurred  **10/31/2018 - 1/14/2019**<br>Last 4 digits of account number  **7379** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **unpaid management services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$47,467.69** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**ASP**<br>2511 E Capitol Dr<br>Appleton, WI 54911<br><br>Date(s) debt was incurred  **5/15/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$62.60** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Black & Decker (U.S.) Inc.**<br>9850 Premier Pkwy<br>Miramar, FL 33025<br><br>Date(s) debt was incurred  **3/1/2018 - 5/10/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$43,479.71** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Brighton Best International**<br>c/o The Receivable Management Services LLC<br>2001 6 Ave # 2200<br>Seattle, WA 98121<br><br>Date(s) debt was incurred  **4/17/2018 - 11/15/2018**<br>Last 4 digits of account number  **037G** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$86,807.51** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Captain Fasteners**<br>3706 SW 30 Ave<br>Fort Lauderdale, FL 33312<br><br>Date(s) debt was incurred  **5/2/2018 - 12/5/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$7,999.86** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Central Transport Int'l Inc**<br>POB 33299<br>Detroit, MI 48232<br><br>Date(s) debt was incurred  **9/12/2018 - 11/1/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$268.94** |

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.12**  Nonpriority creditor's name and mailing address
**Chas O Larson Company**
**2602 E Rock Falls Rd**
**Rock Falls, IL 61071**

Date(s) debt was incurred  **7/10/2018**
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No   ☐ Yes

$117.20

---

**3.13**  Nonpriority creditor's name and mailing address
**Citibank, N.A.**
**Citibusiness Card**
**POB 9001037**
**Louisville, KY 40290-1037**

Date(s) debt was incurred  **6/1/2018 - 3/4/2019**
Last 4 digits of account number  **3967**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business credit card purchases**

Is the claim subject to offset?  ■ No   ☐ Yes

$63,164.48

---

**3.14**  Nonpriority creditor's name and mailing address
**Citibank, N.A.**
**ExxonMobil**
**POB 78001**
**Phoenix, AZ 85062-8001**

Date(s) debt was incurred  **9/1/2018 - 12/31/2018**
Last 4 digits of account number  **1496**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid gas bills**

Is the claim subject to offset?  ■ No   ☐ Yes

$5,829.10

---

**3.15**  Nonpriority creditor's name and mailing address
**Comcast**
**POB 3001**
**Southeastern, PA 19398-3001**

Date(s) debt was incurred  **9/19/2018**
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid utilities bill**

Is the claim subject to offset?  ■ No   ☐ Yes

$393.76

---

**3.16**  Nonpriority creditor's name and mailing address
**Continental Abrasives**
**1021 Fuller St**
**Santa Ana, CA 92701**

Date(s) debt was incurred  **4/2/2018**
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No   ☐ Yes

$1,480.00

---

**3.17**  Nonpriority creditor's name and mailing address
**Dell Business Credit**
**Payment Processing Center**
**POB 5275**
**Carol Stream, IL 60197-5275**

Date(s) debt was incurred  **1/1/2017 - 3/1/2019**
Last 4 digits of account number  **7702**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid business credit line**

Is the claim subject to offset?  ■ No   ☐ Yes

$15,487.19

---

**3.18**  Nonpriority creditor's name and mailing address
**Department of Water & Sewer**
**3071 SW 38 Ave**
**Miami, FL 33146**

Date(s) debt was incurred  **9/13/2018**
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid utilities bill**

Is the claim subject to offset?  ■ No   ☐ Yes

$61.83

---

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Drill America**<br>**6550 NW 72 Ave**<br>**Miami, FL 33166**<br>Date(s) debt was incurred  **5/30/2018 - 11/17/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,792.10** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Dynacast**<br>**25952 Commerce Center Dr**<br>**Lake Forest, CA 92630**<br>Date(s) debt was incurred  **9/30/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,740.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Eastern Screw Co Inc**<br>**15 Amflex Dr**<br>**Cranston, RI 02921**<br>Date(s) debt was incurred  **9/14/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,183.85** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Elite Sales, Inc**<br>**9445 SW 40 St**<br>**2nd Floor**<br>**Miami, FL 33165**<br>Date(s) debt was incurred  **3/6/2019**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **unpaid Final Judgment After Default**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$11,515.21** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Fasteners Direct**<br>**1720 Boulter Ind Pkwy**<br>**Webster, NY 14580**<br>Date(s) debt was incurred  **1/22/2018 - 2/5/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,328.64** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Federal Express (PR)**<br>**Metro Office Park**<br>**Guaynabo, PR 00969**<br>Date(s) debt was incurred  **5/22/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **unpaid delivery bill**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$33.03** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Fit Fasteners LLC**<br>**1969 Quincy St**<br>**Glendale Heights, IL 60139**<br>Date(s) debt was incurred  **11/17/2014 - 9/30/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$159.62** |

| Debtor | Super Brite Screw Corp. | Case number (if known) | 19-13816-BKC-LMI |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** <br> **Florida Power & Light Company** <br> **General Mail Facility** <br> **Miami, FL 33188-0001** <br><br> Date(s) debt was incurred  **11/1/2018 - 11/17/2018** <br> Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **unpaid utilities bills** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **$1,429.71** |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** <br> **Ford Motor Credit Company** <br> **POB 31111** <br> **Tampa, FL 33631** <br><br> Date(s) debt was incurred  **1/29/2019** <br> Last 4 digits of account number  **2916** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **potential deficiency following repossession and sale of 2015 Ford T250 (VIN: 1FTNR2CM4FKB04171)** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **Freud America, Inc.** <br> **218 Feld Ave** <br> **High Point, NC 27263** <br><br> Date(s) debt was incurred  **12/1/2017 - 2/8/2018** <br> Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **trade debt** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **$6,102.79** |
| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Galaxy Fasteners** <br> **101 Telmore Rd** <br> **East Greenwich, RI 02818** <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **trade debt** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **$30,000.00** |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **Hardfer Inc** <br> **10172 NW 50 St** <br> **Sunrise, FL 33351** <br><br> Date(s) debt was incurred  **6/28/2018 - 10/18/2018** <br> Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **trade debt** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **$2,093.30** |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **Hawk Fasteners** <br> **12324 S Laizamie Ave** <br> **Alsip, IL 60803** <br><br> Date(s) debt was incurred  **8/8/2018 - 8/15/2018** <br> Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **trade debt** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **$2,996.59** |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> **Hindley Manufacturing Co** <br> **9 Haven St** <br> **Cumberland, RI 02864** <br><br> Date(s) debt was incurred  **3/7/2018 - 4/4/2018** <br> Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **trade debt** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | **$194.49** |

Debtor **Super Brite Screw Corp.** Case number (if known) **19-13816-BKC-LMI**
Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,847.04 |
|---|---|---|---|
| | **Hydra Sponge Co., Inc.**<br>**325 Bessie Rd**<br>**Piedmont, SC 29673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/1/2017** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,909.93 |
|---|---|---|---|
| | **I S C**<br>**910 SW 12 Ave**<br>**Pompano Beach, FL 33069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/1/2018 - 11/29/2018** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,200.00 |
|---|---|---|---|
| | **Inter'l Fasteners Inc**<br>**993 W Valley Blvd**<br>**Bloomington, CA 92316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/23/2018 - 8/31/2018** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,377.50 |
|---|---|---|---|
| | **Intercorp**<br>**450 Goolsby Blvd**<br>**Deerfield Beach, FL 33442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/15/2014 - 10/17/2018** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,144.60 |
|---|---|---|---|
| | **International Fasteners**<br>**1341 Massaro Blvd**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/30/2018 - 10/12/2018** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,536.84 |
|---|---|---|---|
| | **Intertek Industrial Corp.**<br>**3023 Powers Ave**<br>**Jacksonville, FL 32207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/25/2018 - 10/8/2018** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,415.91 |
|---|---|---|---|
| | **Jobsite**<br>**7225 NW 68 St # 4**<br>**Miami, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/11/2018 - 10/30/2018** | **Basis for the claim:** **trade debt** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Super Brite Screw Corp.**     Case number (if known) **19-13816-BKC-LMI**
       Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Kanebridge Corp**<br>**250 Peble Ave # S-303**<br>**Saddle Brook, NJ 07663**<br><br>Date(s) debt was incurred **4/17/2018 - 11/1/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$880.93** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Lindstrom Metric Inc**<br>**2950 100 Ct NE**<br>**Blaine, MN 55449**<br><br>Date(s) debt was incurred **8/30/2018 - 10/16/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,473.82** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Marine Fasteners**<br>**4150 Church St # S-1048**<br>**Sanford, FL 32771**<br><br>Date(s) debt was incurred **3/14/2018 - 5/24/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,932.55** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Mister Key Corporation**<br>**2194 NW 18 Ave**<br>**Miami, FL 33142**<br><br>Date(s) debt was incurred **8/30/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$800.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Nationwide Directory**<br>**c/o BAI Publishers**<br>**190 Abbott Dr**<br>**Wheeling, IL 60090**<br><br>Date(s) debt was incurred **5/10/2017 - 10/4/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$393.86** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**NBS Corp**<br>**3100 E Slauson Ave**<br>**Vernon, CA 90058**<br><br>Date(s) debt was incurred **6/21/2018 - 11/27/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,024.32** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Nelson Stud Welding, Inc.**<br>**7900 W Ridge Rd**<br>**Elyria, OH 44035**<br><br>Date(s) debt was incurred **10/5/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,248.32** |

Debtor **Super Brite Screw Corp.**
Name

Case number (if known) **19-13816-BKC-LMI**

| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Nova Fasteners Co Inc**<br>**7500 New Horizons Blvd**<br>**Amityville, NY 11701**<br>Date(s) debt was incurred **5/1/2018 - 9/1/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,677.95** |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Ocasa Logistics Solution**<br>**3450 NW 113 Ct**<br>**Doral, FL 33178**<br>Date(s) debt was incurred **9/30/2018 - 11/1/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$718.42** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Office Depot Business Credit**<br>**Dept. 56 - 8407759042**<br>**POB 78004**<br>**Phoenix, AZ 85062-8004**<br>Date(s) debt was incurred **7/1/2018 - 1/13/2019**<br>Last 4 digits of account number **9042** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **business credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,607.05** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**PCA Corrugated and Display, LLC**<br>**1955 W Field Ct**<br>**Lake Forest, IL 60045-4824**<br>Date(s) debt was incurred **11/1/2018 - 1/4/2019**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,726.05** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Pearl Abrasive Company**<br>**4900 Zambrano St**<br>**Commerce, CA 90040**<br>Date(s) debt was incurred **3/12/2018 - 9/1/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,696.84** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**PrimeSource Building Products, Inc.**<br>**11700 NW 100 Rd**<br>**Miami, FL 33178**<br>Date(s) debt was incurred **8/24/2018 - 11/3/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,108.75** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Profast Corporation**<br>**5854 Miami Lakes Dr**<br>**Miami Lakes, FL 33014**<br>Date(s) debt was incurred **9/18/2018 - 10/18/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,938.50** |

Debtor  **Super Brite Screw Corp.**                                                  Case number (if known)  **19-13816-BKC-LMI**
        Name

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Puerto Rico Telephone**<br>POB 70366<br>San Juan, PR 00936-8366<br><br>Date(s) debt was incurred  **11/4/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **unpaid utilities bill**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $191.21 |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Qualtool Inc.**<br>28415 Lake Industrial Blvd<br>Tavares, FL 32778<br><br>Date(s) debt was incurred  **10/23/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $304.50 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Redwood Industrial Co.**<br>POB 76<br>New Taipei City Code 249 Taiwan<br><br>Date(s) debt was incurred  **1/15/2016**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.33 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Southwire Company, LLC**<br>1 Southwire Dr<br>Carrollton, GA 30119<br><br>Date(s) debt was incurred  **5/14/2018 - 7/25/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,254.88 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Star Stainless Screw Company**<br>c/o Michael D. Baer, LLC<br>412 Cedar Ln<br>2nd Floor W<br>Teaneck, NJ 07666<br><br>Date(s) debt was incurred  **4/4/2018 - 11/28/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $23,979.22 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Stelfast Fasteners Inc**<br>22979 Stelfast Pkwy<br>Strongsville, OH 44149<br><br>Date(s) debt was incurred  **6/8/2018 - 11/9/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $137,872.56 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Tortoise Fastener Co.**<br>c/o Michael D. Baer, LLC<br>412 Cedar Ln<br>2nd Floor W<br>Teaneck, NJ 07666<br><br>Date(s) debt was incurred  **5/9/2018 - 7/21/2018**<br>Last 4 digits of account number  **N/A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $347.26 |

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Tru-Cut**<br>231 Jandus Rd<br>Cary, IL 60013<br><br>Date(s) debt was incurred **8/6/2018 - 9/14/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,787.54** |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**U.S. Customs and Border Protection**<br>POB 979126<br>St. Louis, MO 63197-9000<br><br>Date(s) debt was incurred **11/2/2018**<br>Last 4 digits of account number **1292** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **unpaid supplemental charge of duties, taxes, and fees**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$2,469.93** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**United Parcel Service**<br>POB 7247-0244<br>Philadelphia, PA 19170-0001<br><br>Date(s) debt was incurred **5/26/2018 - 11/10/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,442.84** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Vertex Distribution**<br>523 Pleasant St<br>Attleboro, MA 02703<br><br>Date(s) debt was incurred **6/12/2018 - 7/30/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$7,505.70** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br>POB 105453<br>Atlanta, GA 30348<br><br>Date(s) debt was incurred **11/1/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$717.22** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Western Wire Products Co**<br>770 SunPark Dr<br>Fenton, MO 63026<br><br>Date(s) debt was incurred **5/3/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$10.00** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**World Horizons**<br>910 SW 12 Ave<br>Pompano Beach, FL 33069<br><br>Date(s) debt was incurred **2/6/2018 - 11/14/2018**<br>Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$6,311.48** |

| Debtor | Super Brite Screw Corp. | Case number (if known) | 19-13816-BKC-LMI |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>XL Screw Corporation<br>POB 800<br>195 Schelter Rd<br>Lincolnshire, IL 60069<br><br>Date(s) debt was incurred  6/12/2018 - 6/29/2018<br>Last 4 digits of account number  728 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  unpaid trade debt<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,778.96 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Yellow Woods<br>655 Union Blvd<br>Totowa, NJ 07512<br><br>Date(s) debt was incurred  5/3/2018 - 11/28/2018<br>Last 4 digits of account number  N/A | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,910.00 |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ally**<br>Payment Processing Center<br>POB 78234<br>Phoenix, AZ 85062-8234 | Line  3.5<br><br>☐ Not listed. Explain ____ | 9271 |
| 4.2 | **Brighton Best International**<br>11800 NW 102 Rd # 3 and 4<br>Medley, FL 33178 | Line  3.9<br><br>☐ Not listed. Explain ____ | 037G |
| 4.3 | **Citibank, N.A.**<br>POB 790046<br>St. Louis, MO 63179-0046 | Line  3.13<br><br>☐ Not listed. Explain ____ | 3967 |
| 4.4 | **Citibank, N.A.**<br>Citi Cards<br>POB 6077<br>Sioux Falls, SD 57117-6077 | Line  3.13<br><br>☐ Not listed. Explain ____ | 3967 |
| 4.5 | **Elite Sales, Inc**<br>c/o Recor Rieber, P.A.<br>848 Brickell Ave # 1000<br>Miami, FL 33131 | Line  3.22<br><br>☐ Not listed. Explain ____ | N/A |
| 4.6 | **Ford Motor Credit Company**<br>POB 790072<br>St. Louis, MO 63179-0072 | Line  3.27<br><br>☐ Not listed. Explain ____ | 2916 |
| 4.7 | **U.S. Customs and Border Protection**<br>6650 Telecom Dr<br>Indianapolis, IN 46278-9000 | Line  3.62<br><br>☐ Not listed. Explain ____ | 1292 |
| 4.8 | **Waste Management**<br>POB 42930<br>Phoenix, AZ 85080 | Line  3.65<br><br>☐ Not listed. Explain ____ | N/A |

| Debtor | **Super Brite Screw Corp.** | Case number (if known) | **19-13816-BKC-LMI** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.9 | XL Screw Corporation<br>c/o Business Credit Management Association<br>15755 W Rogers Dr # 200, POB 510157<br>New Berlin, WI 53151-0157 | Line **3.68**<br>☐ Not listed. Explain ____ | **728** |
| 4.10 | XL Screw Corporation<br>c/o Markowitz Ringel Trusty + Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156 | Line **3.68**<br>☐ Not listed. Explain ____ | **728** |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 663,241.87 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 663,241.87 |