# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re:

Super Brite Screw Corp.
        *Debtor(s)*   /

Case No. 19-13816-LMI
Chapter 7

## REQUEST FOR SERVICE

Creditor, Miami-Dade County Tax Collector, through the Miami Dade County Paralegal Unit, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade County Tax Collector in care of the Miami-Dade County Paralegal Unit.

### CERTIFICATE OF SERVICE

    **I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

Office of the Trustee: Roberto A. Angueira, 16 SW 1st Avenue, Miami, FL  33130, trustee@rabankruptcy.com

Attorney for the Debtor**:** Christian Somodevilla, LSAS Attorneys , 2 S. Biscayne Boulevard , Suite 2300, Miami, FL  33131, cs@lsaslaw.com

                                            Marcus Saiz de la Mora, Tax Collector
                                            Miami-Dade County, FL
                                            This 9th day of May, 2019
                                            By: _____/S/_____
                                            DARELY GARCIA-LOPEZ
                                            Paralegal Collection Specialist
                                            Miami Dade Bankruptcy Unit
                                            200 NW 2ND Avenue, #430
                                            Miami, FL 33128
                                            **305-375-2119**    FAX **(305) 375-4601**
                                            E-Mail:  darely.lopez@miamidade.gov
                                                       MDTCBKC@miamidade.gov