UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-13816-LMI |
| | : | |
| SUPER BRITE SCREW CORP., | : | CHAPTER 7 |
| | : | |
|    Debtor. | : | |
| _____/ | | |

### AGREED EX PARTE MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING TRI-STAR TRADING CO. TO OCCUPY THE HIALEAH LOCATION UNTIL JUNE 23, 2019

COMES NOW, Robert A. Angueira, as Chapter 7 Trustee in the above-styled matter, and respectfully requests this Court to enter an Order Authorizing Tri-Star Trading Co. to Occupy the Hialeah Location Until June 23, 2019 on an *ex parte* basis, and in support of said Motion would state as follows:

1.  The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 26, 2019 (the "*Petition Date*") and Robert A. Angueira has been appointed to serve as Chapter 7 Trustee (the "*Trustee*").

2.  The Debtor formerly operated as a wholesaler of screws, nuts, bolts and washers. A substantial portion of the Debtor's inventory is located at 7265 W 19th Court, Hialeah, FL 33014 (the "*Hialeah Location*").  As of the Petition Date, a substantial portion of the Debtor's inventory was located in the Hialeah Location.

3.  On or about May 14, 2019, the Court entered a Final Order Granting Trustee's Expedited Motion to Sell Property Subject to Higher and Better Offers Free and Clear of Encumbrances Pursuant to 11 U.S.C. §363(f) with Liens to Attach to Sale Proceeds [D.E. 52] (the "*Sale Order*").

4.  In accordance with the Sale Order the Trustee sold the Debtor's inventory and personal property to Tri-Star Trading Co. (the "*Buyer*") pursuant to the terms of the Asset Purchase Agreement (the "*APA*") attached as Exhibit 1 to the Sale Order.

5.  The Buyer has paid the Trustee $5,000.00 (in addition to the purchase price of $145,000.00) to remain in the Hialeah Location until June 21, 2019. This is in accordance with Section 3.3 of the APA which provides that in the event that the Buyer was unable to remove all of the purchased assets from the Hialeah Location by May 24, 2019 the Buyer had to pay $5,000.00 to the estate which would give the Buyer until June 21, 2019 to remove the purchased assets from the Hialeah Location.

6.  The Buyer, through its counsel, has advised the Trustee that it will be unable to remove all of the purchased assets from the Hialeah Location by June 21, 2019 as specified in Section 3.3 of the APA. The Buyer has requested to be allowed to occupy the Hialeah Location until 5:00 p.m. on June 23, 2019 for the purpose of removing the purchased assets.

7.  The Trustee has agreed to allow the Buyer Two (2) extra days to move the purchased assets out of the Hialeah Location. The Buyer has paid the Trustee an additional $350.00 to occupy the Hialeah Location until June 23, 2019. The Buyer has agreed to turn over the keys to the Hialeah Location to the Trustee on June 23, 2019 at 5:00 pm.

8.  Therefore, the Trustee respectfully requests the entry of an Order authorizing the Trustee, Robert A. Angueira, to allow the Buyer to occupy the Hialeah Location until 5:00 pm on June 23, 2019 in exchange for the $350.00 payment.

WHEREFORE, Trustee respectfully requests that this Court enter an Order granting this Motion, Authorizing the Trustee, Robert A. Angueira, to allow the Buyer to occupy the Hialeah

Case No.: 19-13816-LMI

Location until 5:00 pm on June 23, 2019 in exchange for the $350.00 payment; and for such other and further relief as may be just and proper.

Respectfully submitted this 21st day of June, 2019.

>ROBERT A. ANGUEIRA, P.A.
>16 S.W. 1st Avenue
>Miami, Florida 33130
>Tel. (305) 263-3328
>e-mail yanay@rabankruptcy.com
>
>By ___/s/ *Yanay Galban*___
>     YANAY GALBAN, ESQ
>     Florida Bar No. 0105146

Case No.: 19-13816-LMI

# **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 21st day of June, 2019, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Jonathan S Leiderman    jsl@lsaslaw.com, zbs@lsaslaw.com;info@lsaslaw.com;jleiderman@ecf.inforuptcy.com
- Mendy Lieberman    mmlegalpa@gmail.com, llevey@leveylaw.com,leveylieberman@gmail.com,liebermanlawyers@gmail.com,dlacayo@leveylaw.com
- Sundeep K Mullick    sunny@mullicklaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alex P Rosenthal    alex@rosenthalcounsel.com
- Christian Somodevilla    cs@lsaslaw.com, info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com
- Charles R Sterbach    Charles.r.sterbach@usdoj.gov
- Stephanie R Traband    srt@lklsg.com, lv@lklsg.com

        ROBERT A. ANGUEIRA, P.A.
        16 S.W. 1st Avenue
        Miami, Florida 33130
        Tel. (305) 263-3328
        e-mail yanay@rabankruptcy.com

        By    /s/ *Yanay Galban*
          YANAY GALBAN, ESQ
          Florida Bar No. 0105146

4